

Raymond L. Fink
c/o Harter, Secrest & Emery
Twelve Fountain Plaza, Suite 400
Buffalo, NY  14202-2293

File Number:    083512.000025

Please remit payment within 30 days from date of invoice

Fink, Raymond L.      Date:   03/09/15

RE:  Court Appointed Receiver re FTC and People of the State of New York v. Vantage Point Services, et al      Invoice:   651484

Client Ref.

For Professional Services Rendered and Costs Advanced through 02/28/15

| Date | Atty | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 01/05/15 | RLF | Telephone conference with J. Morrissey (Assistant NYS Attorney General) re appointment as receiver. | 0.30 | 114.75 |
| 01/05/15 | RLF | Receive and review Ex Parte TRO and Receivership Order. | 0.40 | 153.00 |
| 01/05/15 | RLF | Communications with J. Post, Esq. (x2) at Smith Hulsey and Busey (Jacksonville, Florida) re serving local counsel etc. and assist with implementation. | 0.70 | 267.75 |
| 01/06/15 | KWA | Conference with R. Fink regarding helping with receiver work. | 0.50 | 178.50 |
| 01/06/15 | KWA | Read memorandum of law. | 1.50 | 535.50 |
| 01/06/15 | KWA | Read restraining order. | 0.50 | 178.50 |
| 01/06/15 | KWA | Emails regarding employee questionnaires. | 0.20 | 71.40 |
| 01/06/15 | KWA | Reviewed protocols. | 0.30 | 107.10 |
| 01/06/15 | RLF | Attend meeting at NYS Attorney General's offices with C. Hector, Esq. (FTC), J. Morrissey, Esq. (NYS Assistant Attorney General), P. Lamberton, Esq. (FTC) and discuss receivership order, plan and logistics for implementation on 1-17-15. | 2.30 | 879.75 |
| 01/06/15 | RLF | Confer with J. Post, Esq. (Jacksonville, Florida local counsel) re coordination of implementation on 1-7-15. | 0.30 | 114.75 |

Fink, Raymond L.

March 9, 2015
  Page   2

Client:   083512
Matter:   083512.000025
Invoice:   651484

| Date | Atty | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 01/06/15 | RLF | Confer with K. Africano, Esq. (Harter Secrest) re covering 10325 Lockport Road. | 0.30 | 114.75 |
| 01/06/15 | RLF | Prepare protocol and circulate to K. Africano and J. Post for receiver and agents upon entry and explanation to employees of receivership entities. | 0.40 | 153.00 |
| 01/06/15 | RLF | Review FTC/Attorney General's Memorandum of Law in support of ex parte relief. | 0.60 | 229.50 |
| 01/07/15 | KWA | Conference with R. Fink regarding protocol. | 0.30 | 107.10 |
| 01/07/15 | KWA | Meeting at Attorney General's office. | 1.00 | 357.00 |
| 01/07/15 | KWA | Handled receiver duties at Lockport location. | 5.00 | 1,785.00 |
| 01/07/15 | KWA | Conference with R. Fink regarding finding. | 0.30 | 107.10 |
| 01/07/15 | RLF | Attend meeting at NYS Attorney General's office with entire FTC and Attorney General's team to coordinate implementation of TRO and receivership with gaining access to N. French and Lockport Road premises. | 0.80 | 306.00 |
| 01/07/15 | RLF | Implementation of receivership and accompany FTC and NYS Attorney General team, initially to N. French Road office of company defendants and then Lockport Road offices. | 7.00 | 2,677.50 |
| 01/07/15 | RLF | Various communications with M. Feldman, Esq. (Hiscock & Barclay), FTC IT staff and J. Morrissey re access to off site server and termination of remote access to server through AGNITO TECH. | 0.80 | 306.00 |
| 01/08/15 | RLF | Various communications with J. Post, Esq. and C. Dix, Esq. (Jacksonville, Florida local counsel) re (1) status of receivership implementation (2) information re pending acquisition of office condominium (3) issuance of subpoena to real estate agent to obtain information about pending office condo acquisition (4) results of exit interviews. | 0.50 | 191.25 |
| 01/08/15 | RLF | Host phone conference with Jacksonville, Florida and WNY teams and recap events over past two days; discuss related business operations situated at Receivership Entities locations (Ross Delong Associates) and Northwest Capital (French Road). | 0.50 | 191.25 |
| 01/08/15 | RLF | Prepare and forward correspondences to U.S. Postal Service re forwarding mail from N. French and Lockport Road locations. | 0.40 | 153.00 |
| 01/08/15 | RLF | Telephone conference with J. Ciffa re status of Lockport Road office and obtain limited background information. | 0.40 | 153.00 |
| 01/08/15 | RLF | Follow-up communications with M. Ferdman, Esq. (AGNITO's counsel) re physical location of servers; investigate information of business occupants at 2810 Sweethome Road and ownership of premises. | 0.60 | 229.50 |

Fink, Raymond L.

March 9, 2015
  Page   3

Client:    083512
Matter:   083512.000025
Invoice:   651484

| Date | Atty | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 01/08/15 | RLF | Communications with C. Hector, Esq. (FTC) re (1) deletion of recorded telephone communication by unknown person with access to Vantage accounts and (2) E-Cloud providers. | 0.30 | 114.75 |
| 01/08/15 | RLF | Communications with A. Patel (FTC tech investigation) authorizing accessing information re Cloud providers and email accounts. | 0.20 | 76.50 |
| 01/08/15 | RLF | Follow-up discussion with Bonadio re forensic accounting proposal. | 0.40 | 153.00 |
| 01/08/15 | RLF | Follow-up telephone conference with T. McPoland (Freed Maxick) re potential forensic audit engagement. | 0.40 | 153.00 |
| 01/09/15 | KWA | Reviewed email and documentation showing proof that Larry Kessinger owns the laptop computer in his office. | 0.10 | 35.70 |
| 01/09/15 | RLF | Host conference call with J. Morrissey, Esq., C. Hector, Esq., J. Post, Esq. and C. Dix, Esq. and discuss status of Jacksonville, Florida and request of J. Ross (Ross, DeLong and Associates) for access to payroll and business records. | 0.60 | 229.50 |
| 01/09/15 | RLF | Communications with L. Kensinger re retrieving laptop computer at Lockport Road. | 0.30 | 114.75 |
| 01/09/15 | RLF | Internet research re record owner of 636 N. French Road and lis pendens filed by Condo Association. | 0.60 | 229.50 |
| 01/09/15 | RLF | Internet research re record owner of 10325 Lockport Road. | 0.40 | 153.00 |
| 01/09/15 | RLF | Field calls from various employees re payroll and unemployment benefits. | 0.90 | 344.25 |
| 01/10/15 | RLF | Check on 636 N. French Road location. | 0.80 | 306.00 |
| 01/11/15 | RLF | Check on 10325 Lockport Road location. | 1.00 | 382.50 |
| 01/12/15 | RLF | Receive and review open agenda items re Jacksonville, Florida location forwarded by C. Dix. | 0.40 | 153.00 |
| 01/12/15 | RLF | Communications with various employers re retrieving personal property, payroll processing etc. | 0.80 | 306.00 |
| 01/12/15 | RLF | Complete and forward application for receiver's bond. | 0.40 | 153.00 |
| 01/12/15 | SLH | Obtain property information, current ownership, etc. for 10325 Lockport Road, Lockport, NY. | 0.40 | 40.00 |
| 01/13/15 | RLF | Telephone conference with C. Hector, Esq. re status of (1) restrained bank accounts, (2) information re possible additional receivership of defendants. | 0.40 | 153.00 |

Fink, Raymond L.

March 9, 2015
  Page   4

Client:   083512
Matter:   083512.000025
Invoice:  651484

| Date | Atty | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 01/13/15 | RLF | Open mail retrieved from 636 N. French Road and 10325 Lockport Road including various "cease and desist" orders from pay day lenders. | 0.70 | 267.75 |
| 01/13/15 | RLF | Telephone conference with D. Vacco, Esq. re representation of all defendants, discuss status, payroll etc.; transmit pdf copy of 1/15/15 TRO / Receivership order. | 0.60 | 229.50 |
| 01/13/15 | RLF | Obtain receiver's bond. | 0.30 | 114.75 |
| 01/13/15 | RLF | Telephone conference with H. Stephens re interview with T. Sadeghian and discuss Prestolite issues etc. | 0.40 | 153.00 |
| 01/14/15 | RLF | Field calls from employees re (1) payroll (2) unemployment and (3) personal property. | 0.80 | 306.00 |
| 01/14/15 | RLF | Convene and moderate conference call with J. Morrissey, C. Hector, J. Post, C. Dix, V. Budich, R. Lamberton and E. Rodriguez and discuss Jacksonville, Florida matters and WNY open items. | 0.50 | 191.25 |
| 01/14/15 | RLF | Prepare for status conference before Judge Skretny on 1-15-15. | 0.50 | 191.25 |
| 01/14/15 | RLF | Gather information re Solidified Payment Solutions and Northwest Capital Solutions. | 0.60 | 229.50 |
| 01/14/15 | RLF | Review First Niagara Bank Account statements for Solidified Solutions. | 0.40 | 153.00 |
| 01/15/15 | RLF | Appear in U.S. District Court before Honorable William Skretny re status report of receiver's actions to date. | 1.00 | 382.50 |
| 01/15/15 | RLF | Respond to inquiries from former employees re (1) payroll, (2) unemployment benefits and (3) retrieving personal property. | 0.70 | 267.75 |
| 01/15/15 | RLF | Contact Global Payments re turnover of restrained accounts. | 0.50 | 191.25 |
| 01/15/15 | RLF | Communications with C. Hector confirming imaging of computers and lap tops; deletion of collection account data. | 0.20 | 76.50 |
| 01/15/15 | RLF | Confer with HSE's I.T. personnel re "wiping" hard drives etc. | 0.60 | 229.50 |
| 01/16/15 | RLF | Meet NYS A.G. staff (K. Davis and R. Vanway) at 10325 Lockport Road; meet with L. Kensinger and oversee removal of some personal items. | 1.50 | 573.75 |
| 01/16/15 | RLF | Email exchange with C. Dix, Esq. (Smith Hulsey) re procedures for 1/19/15 access for R. DeLong and Associates. | 0.30 | 114.75 |
| 01/16/15 | RLF | Receive and review transfers to Sky's Blue accounts at M&T Bank. | 0.40 | 153.00 |
| 01/16/15 | RLF | Initiate contact with various payment processors. | 0.60 | 229.50 |

Fink, Raymond L.

March 9, 2015
  Page   5

Client:  083512
Matter:  083512.000025
Invoice: 651484

| Date | Atty | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 01/19/15 | RLF | Prepare correspondence to First Niagara Bank and Global Payments re frozen accounts and directing turnover of funds. | 0.50 | 191.25 |
| 01/19/15 | RLF | Telephone conference with J. Post and C. Dix (Smith Hulsey) re results of meeting with R. DeLong and turnover of business records etc.; discuss minimal value of furnishings and equipment and landlord's potential lien. | 0.40 | 153.00 |
| 01/19/15 | RLF | Review mail picked up from 10325 Lockport Road. | 0.40 | 153.00 |
| 01/19/15 | RLF | Start drafting receiver's report. | 0.80 | 306.00 |
| 01/20/15 | RLF | Telephone conference with T. Johnson, Esq. (First Niagara Bank) re release of Solidified Payment Solutions accounts; revise correspondence accordingly. | 0.30 | 114.75 |
| 01/20/15 | RLF | Receive and respond to inquiries from former employees re retrieval of personal property. | 0.60 | 229.50 |
| 01/21/15 | RLF | Telephone conference with F. Connell, owner of JL Agency re debtor payments processed through Payment Solutions. | 0.30 | 114.75 |
| 01/21/15 | RLF | Follow-up telephone conference with T. Johnson, Esq. at First Niagara Bank re transfer of funds in depository restrained accounts. | 0.30 | 114.75 |
| 01/21/15 | RLF | Field inquiries from former employees re retrieval of personal property. | 0.50 | 191.25 |
| 01/22/15 | RLF | Telephone conference with Global Payments re status of payment processing for receivership entities and confirm previous termination of services in 2014. | 0.30 | 114.75 |
| 01/22/15 | RLF | Telephone conference with Money Gram re status of payment processing for receivership entities and confirm Vantage Point inactive since 10/13 [AML]; Bonafide and Payment Solutions in suspended mode. | 0.40 | 153.00 |
| 01/22/15 | RLF | Telephone conference with Merchant E-Solutions re payment processing for Payment Management Solutions and confirm 99 day hold, no transactions since 1-7-15 and $25,000 restrained. | 0.40 | 153.00 |
| 01/22/15 | RLF | Telephone conference with C. Hector, Esq. (FTC) re status of investigations and deposition of K. Kennuth. | 0.30 | 114.75 |
| 01/22/15 | RLF | Prepare for status conference on 1-23-15. | 0.40 | 153.00 |
| 01/22/15 | RLF | Communications with C. Dix and J. Post re closure of Jacksonville, Florida office. | 0.30 | 114.75 |
| 01/23/15 | RLF | Appear in U.S. District Court before Judge Skretny re status report. | 1.00 | 382.50 |
| 01/23/15 | RLF | Prepare declaration re receiver's bond. | 0.30 | 114.75 |

Fink, Raymond L.

March 9, 2015
  Page   6

Client:   083512
Matter:   083512.000025
Invoice:  651484

| Date | Atty | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 01/23/15 | RLF | Communications with U.S. Postal Service Branch Managers (1) 9860 Niagara Falls Blvd. - Niagara Falls, NY and (2) 5500 Bailey Avenue re status of mail forwarding. | 0.60 | 229.50 |
| 01/23/15 | RLF | Communications with E. Soehnlein, Esq. re scheduling of A. Burdorf's interview on 1-26-15 and document request. | 0.30 | 114.75 |
| 01/24/15 | RLF | Preparation for A. Burdorf interview. | 0.80 | 306.00 |
| 01/26/15 | RLF | Electronic file receiver's declaration and bond. | 0.30 | 114.75 |
| 01/26/15 | RLF | Open receiver's depository account at KeyBank. | 0.50 | 191.25 |
| 01/26/15 | RLF | Telephone conference with E. Soehnlein, Esq. re reschedule A. Burdorf's interview. | 0.20 | 76.50 |
| 01/26/15 | RLF | Field calls from former employees re (1) payroll (2) retrieval of personal items. | 0.70 | 267.75 |
| 01/26/15 | RLF | Provide directions to C. Dix, Esq. and J. Post re surrender of Jacksonville, Florida and discuss R. DeLong releases. | 0.40 | 153.00 |
| 01/27/15 | RLF | Email exchanges with E. Soehnlein re reschedule Burdorf and McKenna interviews to 1/29/15. | 0.20 | 76.50 |
| 01/27/15 | RLF | Communication with J. Post, Esq. and C. Dix, Esq. re protocol for closure of Jacksonville, Florida office. | 0.40 | 153.00 |
| 01/27/15 | RLF | Follow-up communications with payment processors (Merchants E-Solutions). | 0.30 | 114.75 |
| 01/27/15 | RLF | Continue preparation of draft receiver's report with updates. | 0.80 | 306.00 |
| 01/28/15 | RLF | Communications with J. Morrissey, Esq. and C. Hector, Esq. re (1) wire transfers and recipients (2) fictitious names possibly used by debt collectors. | 0.40 | 153.00 |
| 01/28/15 | RLF | Prepare for G. MacKinnon interview scheduled for 1/29/15. | 1.00 | 382.50 |
| 01/28/15 | RLF | Start review of documentation from Jacksonville, Florida office. | 1.00 | 382.50 |
| 01/28/15 | RLF | Review mail retrieved from Lockport Road and North French Road locations. | 0.60 | 229.50 |
| 01/29/15 | RLF | Telephone conference with C. Hector, Esq. and discuss (1) turnover and surrender of Jacksonville, Florida office (2) defendants' required access of WNY office and retrieval of personal computers and financial information (3) information for interviews with A. Burdorf and G. MacKinnon. | 0.40 | 153.00 |
| 01/29/15 | RLF | Interview with A. Burdorf at Lippes Mathias' office; start interview with G. MacKinnon; prepare summary of A. Burdorf interview. | 4.60 | 1,759.50 |
| 01/30/15 | RLF | Retrieve Burdorf's and Wood's computers from N. French Road office. | 0.50 | 191.25 |

Fink, Raymond L.

March 9, 2015
  Page   7

Client:   083512
Matter:   083512.000025
Invoice:  651484

| Date | Atty | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 01/30/15 | RLF | Appear in U.S. District Court before Honorable William Skretny re status report. | 1.00 | 382.50 |
| 01/30/15 | RLF | Finish interview of G. MacKinnon. | 1.40 | 535.50 |
| 01/31/15 | RLF | Meet with E. Soehnlein, Esq. and K. Kennuth at 636 N. French and obtain payroll information and retrieve documents. | 1.00 | 382.50 |
| 02/02/15 | RLF | Telephone conference with Global Payments (R. Cieslak) re partial release of restrained funds ($142k) and holdback for chargeback; revisit on 3/31/15. | 0.30 | 114.75 |
| 02/02/15 | RLF | Communications with PayChex re processing Vantage Point's payroll. | 0.40 | 153.00 |
| 02/02/15 | RLF | Revise file memo re G. MacKinnon interview. | 0.30 | 114.75 |
| 02/02/15 | RLF | Respond to inquiries from former employees re retrieval of personal property. | 0.40 | 153.00 |
| 02/03/15 | RLF | Email to Merchants E-Solutions requesting turnover of $25,000 restrained funds. | 0.20 | 76.50 |
| 02/03/15 | RLF | Field inquiries from former employees re retrieval of personal property and pay status. | 0.60 | 229.50 |
| 02/04/15 | RLF | Telephone conference with Blue Cross / Blue Shield re status of health insurance coverage and ascertain that group policy was terminated on 1-7-15 for non-payment; obtain contact information for participants who may desire individual coverage. | 0.60 | 229.50 |
| 02/04/15 | RLF | Continue contact with PayChex re processing final payroll for Vantage Point. | 0.70 | 267.75 |
| 02/05/15 | RLF | Meet with G. MacKinnon, K. Kennuth and E. Soehnlein, Esq. at 636 N. French re retrieval of documents. | 1.00 | 382.50 |
| 02/05/15 | RLF | Communications with PayChex re processing final payroll and issuing W-2's. | 0.80 | 306.00 |
| 02/05/15 | RLF | Telephone calls with former employees re status of W-2's and final payroll; telephone conference with C. Platts re basis for termination in April 2014. | 0.80 | 306.00 |
| 02/06/15 | RLF | Telephone conference with C. Hector, Esq. re (1) issues concerning possible surrender of N. French Road and Lockport offices (2) debtor account information on computers (3) Vantage Point's allegations of missing documents. | 0.40 | 153.00 |
| 02/06/15 | RLF | Review E. Soenhlein's correspondence re alleged missing documents and J. Morrissey's response. | 0.30 | 114.75 |
| 02/06/15 | RLF | Continue communications with Paychex re (1) payment of arrearages (2) processing Vantage Point's final payroll and issuing W-2's. | 0.70 | 267.75 |
| 02/06/15 | RLF | Telephone conference with former Vantage Point employees re (1) final payroll (2) W-2's (3) bonus claims. | 0.50 | 191.25 |

Fink, Raymond L.

March 9, 2015
  Page  8

Client:  083512
Matter:  083512.000025
Invoice:  651484

| Date | Atty | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 02/06/15 | RLF | Communications with Global Payment and Merchants E-Pay re remittance of restrained funds. | 0.30 | 114.75 |
| 02/09/15 | RLF | Appear before Judge Skretny in U.S. District Court re status report . | 1.30 | 497.25 |
| 02/09/15 | RLF | Follow-up with Paychex re Vantage Point's payroll and W-2's. | 0.40 | 153.00 |
| 02/09/15 | RLF | Telephone conference with former employees re payroll and W-2's; discuss job descriptions and functions. | 0.40 | 153.00 |
| 02/09/15 | RLF | Receive $144,750 from Global Payment and deposit in receiver's account. | 0.30 | 114.75 |
| 02/11/15 | RLF | Follow-up with Paychex re delivery of W-2's and processing of final payroll. | 0.70 | 267.75 |
| 02/11/15 | RLF | Telephone conference with H. Greenman, Esq. and J. Ginter, Esq. and coordinate access to 10325 Lockport Road on 2/14/15. | 0.20 | 76.50 |
| 02/12/15 | RLF | Accompany D. Vacco, Esq., E. Soehnlein, Esq., G. MacKinnon and K. Kennuth re site inspection at 636 N. French Road office. | 1.30 | 497.25 |
| 02/12/15 | RLF | Continue communications with Paychex re status of processing final Vantage Point payroll and 2014 W-2 documents. | 0.80 | 306.00 |
| 02/12/15 | RLF | Respond to continued inquiries from former Vantage Point and PMS employees re pay checks. | 0.40 | 153.00 |
| 02/13/15 | RLF | Receive and review Vantage Point Service's final payroll and 2014 W-2's; contact former employees who requested pick ups and coordinate; arrange for distribution of final checks and W-2's; communications with Paychex re payroll taxes etc. | 1.30 | 497.25 |
| 02/13/15 | RLF | Telephone conference with C. Hector and review several matters; (1) issues with potential turnover of N. French and Lockport Road to D. Vacco, Esq.; (2) access to google email accounts; (3) additional access to CFTB Investigators. | 0.30 | 114.75 |
| 02/13/15 | RLF | Email exchanges with J. Milbrand, Esq. (Hiscock & Barclay) and Ignito server charges and possible reduction of expense. | 0.30 | 114.75 |
| 02/13/15 | RLF | Receive and review Smith Hulsey and Busey's (Florida counsel) invoice. | 0.30 | 114.75 |
| 02/16/15 | RLF | Accommodate access to 10325 Lockport Road with J. Ginter, Esq. and J. Ciffa; gather additional information at premises. | 1.20 | 459.00 |
| 02/16/15 | RLF | Start preparation of Receiver's interim fee application. | 0.80 | 306.00 |
| 02/20/15 | KWA | Telephone conference with Vantage's attorney regarding temperatures at Lockport location | 0.20 | 71.40 |

Fink, Raymond L.  
March 9, 2015  
Page   9

Client:  083512  
Matter:  083512.000025  
Invoice:  651484

| Date | Atty | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 02/20/15 | KWA | Emails to r. Fink regarding conversation with Vantage's attorney. | 0.10 | 35.70 |
| 02/20/15 | KWA | Further telephone conference with Vantage's attorney regarding temperatures at Lockport location. | 0.10 | 35.70 |
| 02/23/15 | RLF | Telephone conference with C. Hector, Esq. and discuss (1) motions for release of receivership funds to pay defense retainers and outstanding liabilities, (2) motion to turnover premises. | 0.30 | 114.75 |
| 02/26/15 | RLF | Continue preparation of receiver's interim report. | 0.90 | 344.25 |
| 02/26/15 | RLF | Start preparation of receiver's first interim fee application. | 1.00 | 382.50 |
| 02/27/15 | RLF | Receive and review forwarded mail. | 0.60 | 229.50 |
| 02/27/15 | RLF | Continue preparation of receiver's first interim fee application. | 0.60 | 229.50 |
| 02/28/15 | RLF | Continue preparation of Receiver's Interim Report. | 0.70 | 267.75 |
| 02/28/15 | RLF | Review pleadings re motion for protective orders and opposition. | 1.00 | 382.50 |
| | | Total Hours and Fees | 93.60 | $35,431.45 |

| Costs Advanced | Amount |
|---|---|
| Messenger-Delivery | $57.03 |
| Process fee | $130.10 |
| Conference call | $20.19 |
| Bond premium | $150.00 |
| Total Current Costs | $357.32 |
| Current Invoice Due | $35,788.77 |