# SMITH HULSEY & BUSEY



JAMES H. POST
DIRECT 904.359.7783
JPOST@SMITHHULSEY.COM

February 13, 2015

Raymond L. Fink, Esq.
Harter Secrest & Emery LLP
Twelve Fountain Plaza, Suite 400
Buffalo, NY 14202-2293

Re: Federal Trade Commission and People of the State of New York v. Vantage Point Services, LLC; United States District Court, Western District of New York; Case No. 15-CV-0006S

Dear Ray:

Enclosed for your information is our statement for professional services rendered on your behalf as Receiver in the referenced case through January 31, 2015.

Our time for the services reflected in this statement was primarily devoted to the following:

1. review and analysis of temporary restraining order, corporate and other information regarding the defendants and the occupants of Jacksonville office of Vantage Point Services and the strategy for takeover of Jacksonville business operations, including employee interviews;

2. review of employee questionnaire and preparation of list of additional questions for employee interviews;

3. review of protocols for implementation of receivership;

4. communications with representatives of the FTC and Jacksonville Sheriff's Office;

5. implementation of receivership at offices of Vantage Point located at 7948 Baymeadows Way, Jacksonville, Florida, including interviews with employees and the review of documents related to Vantage Point Services and its affiliate, Ross Delong & Associates;

6. preparation and issuance of subpoena to Watson Realty requesting documents regarding Vantage Point's possible purchase of office condominiums in Jacksonville, Florida;

7. conferences and telephone calls with John Ross regarding his demand for the return of business records for Ross Delong & Associates;

8. review of documents and information at the offices of Vantage Point Services which John Ross designated for copying;

9. conferences with Receiver and others regarding status of case and alternative courses of action;

10. meetings with John Ross and other employees at the business premises and oversight of the collection of personal property from the premises;

11. reformatting of computer hard drives at Vantage Point's business premises; and

12. turnover of business premises and property to Ross Delong & Associates and communications with the Receiver and landlord regarding same.

Please call me if you have any questions regarding this statement.

Very truly yours,

James H. Post

JHP/da/00893791
Enclosure

# SMITH HULSEY & BUSEY

February 13, 2015


Raymond L. Fink, Esq.
Harter Secrest & Emery LLP
Twelve Fountain Plaza, Suite 400
Buffalo, NY 14202-2293

---

Re:  Federal Trade Commission and People of the State of New York v. Vantage Point Services, LLC; United States District Court, Western District of New York; Case No. 15-CV-0006S

|  |  |
|---|---|
| To professional services rendered through January 31, 2015, on your behalf as Receiver in the referenced matter in accordance with the attached descriptions: | $53,158.50 |
| Disbursements in accordance with the attached itemizations: | 274.77 |
| Total This Statement: | $53,433.27 |

Raymond Fink, Receiver for Vantage Point, et al
c/o Harter Secrest & Emery LLP
Twelve Fountain Plaza, Suite 400
Buffalo, NY 14202-2293

Page No. 1
Statement Date 02/13/2015
Account No. 13401.029907
Statement No. 228076

Vantage Point Services, LLC - Receivership

HOURS

01/06/2015
JHP  Correspondence with the receiver, Raymond Fink, regarding the scope of duties and responsibilities of our firm on behalf of the receiver (.4); telephone call with the receiver regarding same (.4); telephone call with Federal Trade Commission representative, Victoria Budich, regarding plan of action in Jacksonville, Florida for Wednesday, January 7, 2015 (.5); review and analysis of temporary restraining order (1.2); review and analysis of corporate and other information regarding the defendants in this case and the occupants of the Jacksonville offices (.8); plan strategy for takeover of Jacksonville business operations, including prospective employee interviews (1.8)    5.10

TLC  Preparation of background checks on various individuals    0.90

KSH  Review of temporary restraining order (.4); conference with James H. Post regarding case and action list (.4); corporate search regarding defendants (.6); organization of materials for take over of Jacksonville premises (.5); coordination of locksmith (.2)    2.10

SMITH HULSEY & BUSEY

Raymond Fink, Receiver for Vantage Point, e
Page No. 2
Statement Date 02/13/2015
Account No. 13401.029907
Statement No. 228076

|  |  | HOURS |
|---|---|---|
| RCD | Review of temporary restraining order and receivership order (1.5); analysis of strategy regarding service of temporary restraining order and receivership order at Vantage Point's local offices in Jacksonville, Florida (1.4); review of background and asset information regarding Vantage Point's officers and managers in New York and Florida (1.6); analysis of whether neighboring debt collection offices are affiliated with Vantage Point operations in Jacksonville (.7); review of employee questionnaire and draft list of additional questions for employee interviews (1.4); review of correspondence from FTC and receiver regarding protocols for implementation of receivership (.3); analysis of strategy regarding implementation of receivership (.9) | 7.80 |

01/07/2015

| JHP | Plan strategy and preparation for takeover of business operations in Jacksonville, Florida (1.2); conference with representatives of Federal Trade Commission and Jacksonville Sheriff's Office prior to takeover of Jacksonville business (1.0); execution of takeover of Jacksonville office, including serving notice of TRO to approximately 28 persons at the Jacksonville office, securing computer data and hard copy documents, interview of employees of managers on the premises, changing office locks and meeting with landlord representatives (5.8); conference with Federal Trade Commission regarding execution of TRO (1.2) | 9.20 |
|---|---|---|
| KSH | Attendance at meeting with FTC team (1.3); participate in take over of Jacksonville premises including videotaping and photographing facility (6.5) | 7.80 |
| TLC | Preparation of background checks on employees of Vantage Point | 0.90 |

# SMITH HULSEY & BUSEY

Raymond Fink, Receiver for Vantage Point, e | Page No. | 3
| Statement Date | 02/13/2015
| Account No. | 13401.029907
| Statement No. | 228076

HOURS

| | | |
|---|---|---|
| RCD | Preparation for visit to Vantage Point's Jacksonville offices (1.5); accompany representatives from the Federal Trade Commission and the Jacksonville Sheriff's Office to the Jacksonville offices of Vantage Point Services (1.0); interviews of employees and of review documents related to Vantage Point Services and its affiliate, Ross Delong & Associates (4.0); review of background and asset information related to Ross Delong & Associates' principal, John Ross (.3); review of information related to employees of Vantage Point Service and Ross Delong & Associates in Jacksonville, Florida (1.2) | 8.00 |

01/08/2015
| | | |
|---|---|---|
| JHP | Review of material documents collected on January 7, 2015, including collection lists for offices (2.2); plan and implement strategy to subpoena documents from real estate broker on a possible purchase by defendants of two business office condominiums in Jacksonville, Florida (1.0); correspondence with receiver regarding same (.3); preparation for conference call with receiver and representatives of plaintiffs (.5); attendance at conference call (.5) | 4.50 |
| KSH | Preparation of subpoena to Watson Realty requesting documents (1.3); preparation for service of same (.7); download photographs taken of Jacksonville location (.6) | 2.60 |
| TLC | Research regarding the physical address and officers of debt collection companies that may be affiliated with Vantage Point | 4.90 |

SMITH HULSEY & BUSEY

Raymond Fink, Receiver for Vantage Point, e
Page No. 4
Statement Date 02/13/2015
Account No. 13401.029907
Statement No. 228076

| | | HOURS |
|---|---|---|
| RCD | Review of additional documents and information at the Jacksonville offices of Vantage Point Services (4.2); analysis of possible additional locations of Vantage Point affiliates in Jacksonville and other cities (1.1); correspondence and telephone call with representatives from the Federal Trade Commission and the receiver (Raymond Fink) regarding possible affiliates of Vantage Point, including Ross Delong & Associates (1.3); correspondence with Ricoh (Matt Winter) regarding format and logistics of Vantage Point documents to be duplicated (.2); correspondence with the receiver regarding mail delivery for Vantage Point in Jacksonville (.1); review of photographs taken from the Jacksonville offices of Vantage Point Services (.3); draft list of action items related to the Jacksonville office of Vantage Point Services and Ross Delong & Associates (1.0) | 8.20 |

01/09/2015
| | | |
|---|---|---|
| JHP | Telephone calls with John Ross regarding his demand for the return of business records of Ross, Delong & Associates (.8); preparation for telephone call with receiver and representatives of plaintiffs regarding same (.5); telephone call with receiver and plaintiff representatives (.5); plan strategy for protocol of giving John Ross access to business records of Ross Delong without the impairment of the receiver's duties (1.0) | 2.80 |
| TLC | Continued research regarding the physical address and officers of a list of eighteen debt collection companies that may or may not be a subsidiary of Vantage (2.0); preparation of summary regarding same (.9) | 2.90 |
| KSH | Download of videos taken at the Jacksonville location | 0.50 |

# SMITH HULSEY & BUSEY

Raymond Fink, Receiver for Vantage Point, e     Page No.   5
Statement Date   02/13/2015
Account No.   13401.029907
Statement No.   228076

                                                                               HOURS

| | | |
|---|---|---|
| RCD | Review of information regarding Ross Delong & Associates (.8); analysis of receivership order to determine the extent to which it relates to Ross Delong & Associates and its principals and records (.5); email to Raymond Fink regarding Ross Delong & Associates (.2); telephone call with Raymond Fink, the Federal Trade Commission and the New York Attorney General's Office regarding Ross Delong & Associates and other similar affiliates of Vantage Point (.5); analysis of additional action items that need to be addressed at Vantage Point's Jacksonville office (.7); draft action list related to Vantage Point's Jacksonville office (1.5); analysis of possible security issues related to proposed inspection by John Ross (.2); correspondence with Raymond Fink regarding security at Vantage Point's Jacksonville office (.1) | 4.50 |

01/12/2015

| | | |
|---|---|---|
| RCD | Revision of action list regarding Vantage Point Jacksonville (.5); correspondence with receiver regarding action list (.1); telephone call with former Vantage Point employee, Tim Vaughn, regarding ongoing Vantage Point operations (.3); analysis of possible ongoing Vantage Point operations in Jacksonville (.8); correspondence with receiver regarding call with Tim Vaughn (.2); review of employee questionnaires related to Vantage Point Jacksonville (.5) | 2.40 |
| JHP | Revision of proposed action list for receiver as to the business operations located in Jacksonville, Florida (.4); review and analysis of information provided today by former employee, Tim Vaughn (.6); preparation for meeting with former employee, John Ross, and identification of business records to be identified by John Ross as personal (.8) | 1.80 |
| KSH | Review of documents produced by Watson Commercial Realty (.4); draft correspondence to Raymond Fink transmitting same (.2) | 0.60 |

| SMITH HULSEY & BUSEY |

HOURS

01/13/2015
    JHP    Review of documents produced by Watson Commercial Realty and correspondence with receiver regarding same (.8); telephone call with John Ross regarding logistics for his identification and copying of business records at the Jacksonville premises (.4); telephone call with representatives of the Federal Trade Commission (Victoria Budich) regarding status of case and alternative courses of action (.5)    1.70

    RCD    Correspondence with Federal Trade Commission regarding security at Vantage Point's Jacksonville office (.3); communication with Jacksonville Sheriff's Office regarding security at Vantage Point's Jacksonville office (.3); analysis of alternative security options for providing access to Vantage Point's Jacksonville offices (.8); review of information provided in employee questionnaires (.3); correspondence with Raymond Fink regarding employee questionnaires (.2); telephone call with FTC (Victoria Budich) regarding Ross Delong & Associates (.5); telephone call with attorney for Tim Vaughn regarding possible disclosure of additional information related to Vantage Point's Jacksonville operations (.2); correspondence with Victoria Budich regarding possible additional Vantage Point offices in Jacksonville (.2); analysis of parameters and procedures for providing John Ross access to Vantage Point's Jacksonville office (1.1)    3.90

SMITH HULSEY & BUSEY

Raymond Fink, Receiver for Vantage Point, e                               Page No.                7
                                                                    Statement Date        02/13/2015
                                                                     Account No.       13401.029907
                                                                     Statement No.            228076

                                                                                              HOURS

01/14/2015
    JHP    Review of information collected and compiled by the
Federal Trade Commission regarding call centers in
Florida and other states (.4); revision of action list for
Jacksonville business operations (.3); preparation for
conference call with receiver and others regarding status of
case and alternative courses of action (.4); attendance at
telephone conference (.6); telephone call with John Ross
regarding meeting at business premises on Monday,
January 19, 2015 (.4)                                                                          2.10

    RCD    Review and revision of action items related to Vantage
Point's Jacksonville office (.4); telephone call with vending
machine operator regarding removal of vending machines
(.1); review of information from the FTC regarding
additional Vantage Point operations in Jacksonville (.8);
review of internal research related to possible additional
Vantage Point operations in Jacksonville (1.2)                                                 2.50

01/15/2015
    RCD    Review of background information and documentation
related to possible alternative affiliates of Vantage Point
doing business in the Jacksonville area                                                        0.80

Raymond Fink, Receiver for Vantage Point, e

Page No. 8
Statement Date 02/13/2015
Account No. 13401.029907
Statement No. 228076

HOURS

01/16/2015
RCD  Telephone call with Vantage Point employees regarding possible payment of wages for work performed prior to receivership (.4); analysis of procedures for permitting John Ross to access the Vantage Point business premises located at 7948 Baymeadows Way (.8); correspondence with Raymond Fink regarding protocols and procedures for providing John Ross access to Vantage Point's business premises (.5); correspondence with Jacksonville Sheriff's Office regarding hiring of off-duty police officer (.2); review of provisions in receivership order related to Vantage Point affiliates, including Ross Delong & Associates (.3); correspondence and telephone calls with e-discovery vendor Elijah Ltd. (Clay Cross) regarding possible assistance with collection of electronically stored information identified by John Ross during supervised inspection (.5)    2.70

JHP  Preparation for meeting with John Ross and other employees of Ross, DeLong and Associates scheduled for Monday, January 19, 2015 (.8); telephone calls with John Ross regarding same (.5)    1.30

01/19/2015
JHP  Telephone call with property manager for Baymeadows office space regarding personal property in the premises, past due rent and related matters (.4); telephone calls with former employees of Ross, DeLong and Associates regarding the collection of personal property from the business premises and related matters (.8); preparation for and attendance at meetings in the business premises with John Ross and other employees (4.2); telephone calls with receiver regarding same (.3); telephone call with prospective auctioneer (.5)    6.20

SMITH HULSEY & BUSEY

Raymond Fink, Receiver for Vantage Point, e  Page No. 9
Statement Date 02/13/2015
Account No. 13401.029907
Statement No. 228076

|  |  | HOURS |
|---|---|---|
| RCD | Analysis of strategy for duplication of electronic records identified by John Ross (.3); review of documents collected by FTC from Vantage Point's business premises in Jacksonville (.4); return of documents to original locations at Vantage Point's business premises in Jacksonville (.5); oversight of John Ross's inspection of business records that purport to be property of Ross Delong & Associates and other employees (4.0); analysis of possible methods for disposition of computers and other electronic equipment identified by John Ross as property of Ross Delong & Associates (.5); communication with IT vendors regarding cost of wiping computer hard drives (.4); communication with JaxCopy regarding duplication of paper documents identified by John Ross (.3); oversight of former Ross Delong & Associates employees collecting personal items from Vantage Point's business premises in Jacksonville (.3); correspondence with Raymond Fink regarding request by Craig Delong to remove computer speakers from Vantage Point's business premises in Jacksonville (.2) | 6.90 |

01/20/2015
| RCD | Analysis of costs and strategy for duplication and disposal of remaining property at the Vantage Point business premises in Jacksonville (1.2); correspondence with Raymond Fink regarding cost of document duplication (.2); correspondence and telephone call with JaxCopy regarding duplication of paper records identified by John Ross (.4); draft release for speakers alleged to be owned by Craig DeLong (.1) | 1.90 |
| JHP | Plan strategy for removal of hard copy documents and personal property from the Jacksonville business premises (.8); telephone call with property manager regarding same (.3) | 1.10 |

| SMITH HULSEY & BUSEY |

Raymond Fink, Receiver for Vantage Point, e  
Page No. 10  
Statement Date 02/13/2015  
Account No. 13401.029907  
Statement No. 228076

HOURS

01/21/2015
- RCD — Planning for return visit to the Vantage Point Jacksonville offices on January 23, 2015 (1.2); analysis of costs related to wiping computer hard drives located at Vantage Point's Jacksonville offices (.6); draft paper document inventory control sheet for storage of documents collected from Vantage Point's offices in Jacksonville (.5); correspondence with Raymond Fink regarding details of return visit to Vantage Point Jacksonville's offices on January 23, 2015 (.4) — 2.70
- JHP — Preparation of strategy and logistics for visit to Jacksonville business premises for collection of hard copy records and copying data from computers (1.0); revision to status report to Receiver regarding same (.3) — 1.30
- KSH — Conference with James H. Post regarding gathering of documents and clearing computer hard drives at Jacksonville location (.4); preparation of logistics for visit to Jacksonville location (.5) — 0.90

01/22/2015
- RCD — Correspondence with Raymond Fink regarding details for shipping of paper records from Vantage Point's offices in Jacksonville (.2); analysis of strategy for wiping of computer hard drives located at Vantage Point's Jacksonville offices (.6) — 0.80
- JHP — Preparation of chronology and logistics for visit to Jacksonville business premises on Friday, January 23, 2015, to collect hard copy documents and wipe computer disks — 0.50

01/23/2015
- JHP — Preparation for and attendance at visitation to Jacksonville business premises for purpose of collecting hard copy documents and deleting data from computers at the offices — 4.50

SMITH HULSEY & BUSEY

Raymond Fink, Receiver for Vantage Point, e  
Page No. 11  
Statement Date 02/13/2015  
Account No. 13401.029907  
Statement No. 228076

|  |  | HOURS |
|---|---|---|
| RCD | Reformatting of computer hard drives at Vantage Point's business premises in Jacksonville (1.5); review of paper documents located at Vantage Point's business premises in Jacksonville (2.1); identification of personal property to be disposed of at Vantage Point's business premises in Jacksonville (1.5) | 5.10 |
| KSH | Retrieve documents at Jacksonville location for transmittal to client | 5.00 |

01/26/2015

| JHP | Plan strategy for disposition of Jacksonville business premises and personal property located thereon (.8); revision to recommendation of course of action to the receiver (.4) | 1.20 |
|---|---|---|
| RCD | Correspondence with Raymond Fink regarding collection of paper records and reformatting of hard drives at Vantage Point's Jacksonville office (.5); analysis of strategy regarding possible turnover of Vantage Point's Jacksonville office to John Ross (1.1); review of photographs and other information related to reformatted computers at Vantage Point's Jacksonville office (.5); draft release for John Ross regarding turnover of Vantage Point's Jacksonville office (.7) | 2.80 |

01/27/2015

| JHP | Plan strategy for turnover of Jacksonville offices and personal property (.6); preparation of correspondence to receiver regarding same (.3); conference with Craig DeLong regarding release of personal property (.3); telephone call with John Ross regarding agenda for conference on Thursday, January 29, 2015 (.4) | 1.60 |
|---|---|---|

SMITH HULSEY & BUSEY

Raymond Fink, Receiver for Vantage Point, e
Page No. 12
Statement Date 02/13/2015
Account No. 13401.029907
Statement No. 228076

| | | HOURS |
|---|---|---|
| RCD | Correspondence with JaxCopy regarding documents identified by John Ross as records of Ross Delong & Associates (.3); correspondence with Raymond Fink regarding proposed turnover of the Vantage Point Jacksonville office to John Ross (.3); revision of release form for John Ross to acknowledge receipt of the Vantage Point Jacksonville business premises and property (.2); correspondence with Jacksonville Sheriff's Office regarding hiring of security for turnover of business premises to John Ross (.3); delivery of computer speakers to Craig Delong (.1); analysis of possible claims by John Ross against the receiver (.5); correspondence with Raymond Fink regarding copies of 3 boxes of documents identified for copying by John Ross (.5) | 2.20 |

01/28/2015
RCD    Correspondence and telephone call with Federal Trade Commission (Victoria Budich) regarding paper documents retrieved from Vantage Point's Jacksonville offices (.4); telephone call with Federal Trade Commission (Colin Hector and Victoria Budich) regarding possible additional Vantage Point locations in Jacksonville (.1); telephone call with counsel for Tim Vaughn (Lindsey Brock) regarding possible additional Vantage Point locations in Jacksonville (.1); analysis of issues related to possible return of paper records collected from Vantage Point's Jacksonville office (.2); confirmation of details related to meeting with John Ross at Vantage Point's Jacksonville office (.4)            1.20

# SMITH HULSEY & BUSEY

Raymond Fink, Receiver for Vantage Point, e     Page No. 13
Statement Date 02/13/2015
Account No. 13401.029907
Statement No. 228076

HOURS

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/29/2015 | RCD | Telephone call with former Vantage Point employee, Vincent Siecrist, regarding retrieval of personal items from Vantage Point's offices in Jacksonville (.1); communication with Jacksonville Sheriff's Office regarding security for meeting with John Ross (.3); review of papers and computer hard drives to be returned to Vantage Point's offices in Jacksonville (.4); travel to Vantage Point's office at 7948 Baymeadows Way in Jacksonville to turn over possession of the premises and property to John Ross and Ross Delong & Associates (2.2) | 3.00 | |
| | JHP | Preparation for conference with John Ross and turnover of Jacksonville business premises and personal property (1.2); attendance at conference with John Ross and other employees of Ross, Delong & Associates (1.8) | 3.00 | |
| 01/30/2015 | JHP | Revision of status report and recommendations to receiver | 0.30 | |
| | RCD | Telephone call and correspondence with Tim Vaughn's attorney, Lindsey Brock, regarding possible conference with Tim Vaughn to discuss alternative Vantage Point locations in the Jacksonville area (.3); correspondence with Raymond Fink regarding turnover of business premises and property to John Ross and Ross Delong & Associates and other remaining issues related to Vantage Point's offices in Jacksonville (.5); analysis of issues related to possible additional claims against the receiver by John Ross or Ross Delong & Associates (.5) | 1.30 | |
| | | For Professional Services Rendered | 146.00 | 53,158.50 |
| 01/16/2015 | | Services Rendered - Office of Sheriff, City of Jacksonville | | 175.00 |
| 01/26/2015 | | Express Mail - Federal Express, sent 1/13/15 | | 15.27 |
| 01/27/2015 | | Document Duplicating | | 0.50 |
| 01/28/2015 | | Services Rendered - Office of Sheriff, City of Jacksonville | | 84.00 |
| | | Total Costs | | 274.77 |

| | | |
|---|---|---|
| Raymond Fink, Receiver for Vantage Point, e | Page No. | 14 |
| | Statement Date | 02/13/2015 |
| | Account No. | 13401.029907 |
| | Statement No. | 228076 |

Total This Statement $53,433.27