UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**FEDERAL TRADE COMMISSION, et al.,**

        **Plaintiffs,**

v.

                                            **15-CV-6S(Sr)**

**VANTAGE POINT SERVICES, LLC., et al.,**

        **Defendants.**

---

## DECISION AND ORDER

This case was referred to the undersigned by the Hon. William M. Skretny, in accordance with 28 U.S.C. § 636(b)(1)(A), for all pretrial matters, and for hearing and disposition of all non-dispositive motions or applications.  Dkt. #64.

Currently before the Court is plaintiff's motion to compel defendant Joseph Ciffa to produce documents demanded in plaintiff's First Request for the Production of Documents dated October 7, 2015.  Dkt. #100.

Defendant did not respond to the motion to compel.

Upon review of the document demand served upon defendant's attorney (Dkt. #100-2, pp.5-9 & Dkt. #100-2, p.10 & 12), and communications from plaintiff's counsel seeking responses to the document demand (Dkt. #100-2, pp.14, 16, 18 & 22 ),

and upon consideration of plaintiff's representation that defendant has failed to respond to the document demand or to any of his communications seeking a response to the document demand (Dkt. #100-2, pp.1-3), the motion to compel is granted.

Defendant shall produce the documents demanded, without objection, no later than **March 25, 2016.** Defendant is forewarned that his failure to comply with this Order will be deemed contempt of court pursuant to Fed. R. Civ. P. 37(b)(2)(A)(vii).

**SO ORDERED**.

DATED:   Buffalo, New York
          February 24, 2015

                                          _s/ H. Kenneth Schroeder, Jr._
                                          **H. KENNETH SCHROEDER, JR.**
                                          **United States Magistrate Judge**