Judgment in a Civil Case

## United States District Court
## WESTERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION, and PEOPLE OF THE STATE OF NEW YORK by BARBARA D. UNDERWOOD, Attorney General of the State of New York,

     Plaintiffs,

  v.

JOSEPH CIFFA, individually and as an officer of one or more of the Corporate

BONIFIED PAYMENT SOLUTIONS, INC., a New York corporation,

     Defendants.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 15-CV-6-S

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Clerk of Court shall enter the judgment pursuant to the Stipulation and Final Order as to Joseph Ciffa and Bonified Payment Solutions, Inc.

Date: July 19, 2018

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/K.McMillan
  Deputy Clerk